# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KRISTEN YOUNG AND DREW
YOUNG, INDIVIDUALLY AND ON
BEHALF OF THEIR MINOR
CHILDREN, MERRI YOUNG, AND
ANDREW YOUNG

VERSUS

ALVAREZ CONSTRUCTION CO.,
LLC, ABC SUBCONTRACTORS, XYZ
INSURANCE COMPANY

NO. 2024 CW 0962

DECEMBER 23, 2024

---

In Re: Alvarez Construction Co., LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 139700.

---

BEFORE: McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** See **Culasso v. Doctor's Hospital of Slidell, LLC,** 2019-1048 (La. App. 1st Cir. 12/9/19), 2019 WL 6699918 (unpublished).

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT